## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                          )
                                                )
JASON HOWARD SCOTT, DEBTOR      )        No. 17-25141
                                                )        Chapter 13
                                                )        Judge Cox
                                                )

## NOTICE OF MOTION

To:     [See below service list]

**PLEASE TAKE NOTICE** that on the 22nd day of January, 2018, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Cox at the United States District Courthouse, 219 S. Dearborn, Room 680, Chicago, Illinois, and present the attached **MOTION TO MODIFY PLAN, and Proposed Order**, at which time you may appear.

s/ John Haderlein, ESQ., Attorney for Defendants

## CERTIFICATE OF SERVICE

John Haderlein, ESQ., an attorney, states that he has served a copy of the foregoing Notice of Motion together with the **MOTION TO MODIFY PLAN and SHORTEN NOTICE, and Proposed Order**, to all parties identified in the below service list, by regular U.S. Mail, by depositing same at the United States Post Office located at 1520 Artaius Parkway, Libertyville, Illinois on December 29, 2017.

LAW OFFICES OF JOHN HADERLEIN, ESQ.
A CHAPTER 7/13 BANKRUPTCY DEBT RELIEF AGENCY
815-C COUNTRY CLUB DRIVE
LIBERTYVILLE, IL 60048
(312) 316-4614 (voice/text)
(224) 433-6466 (facsimile)
ARDC NO: 6197623
EMAIL: john@bklaw1.com

**[SERVICE LIST]**

**17-25141 Notice will be electronically mailed to:**

John A Haderlein on behalf of Debtor 1 Jason Scott Howard
schmada@yahoo.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn
ecf@tvch13.net, ecfchi@gmail.com

**17-25141 Notice will not be electronically mailed, and will be sent by United States Mail to:**

City of Chicago Revenue Department
121 N. LaSalle St. Room 107A
Chicago, IL 60602

Arnold Scott Harris, PC
111 W. Jackson
Suite 600
Chicago, IL 60604

US SOCIAL SECURITY ADMINSTRATION
5130 W. NORTH AVE.
CHICAGO, IL 60639

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste.600
Chicago IL.60604

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                      )
                                            )
JASON HOWARD SCOTT, DEBTOR                  )      No. 17-25141
                                            )      Chapter 13
                                            )      Judge Cox
                                            )

### MOTION TO MODIFY PLAN

NOW COMES DEBTOR, by and through his attorney, John Haderlein, Esq., and

notice having been duly and proper given to all creditors and parties of record, does

hereby state as follows:

1. Debtor filed this Chapter 13 case in 2017 in order to release a 1975 Buick Regal
   (hereinafter "vehicle") impounded by the City of Chicago.

2. Debtor's plan was confirmed on October 16, 2017, and later modified on October
   30, 2017.

3. In order for the City of Chicago to release the vehicle, Debtor's plan needs to pay
   the claim of the City of Chicago as secured.   This $17,110.80 secured claim is the
   only claim in this case. A copy of the claim is hereto attached as Exhibit A. The
   plan as modified on October 16, 2017 does not provide for the City of Chicago as
   a secured creditor.

4. Debtor wishes to modify the plan in order to pay the City of Chicago's claim as a
   secured creditor so that the vehicle can be released.

5. Debtor broke his leg which caused a payment default.

6. Debtor has filed his amended schedules I & J, showing his current ability to make plan payments. The amended schedules are hereto attached as Exhibit B.

7. Debtor wishes to modify the plan in order to defer the payment default until the end of the plan.

WHEREFORE, Debtors pray that this Honorable Court:

1. Modify the plan to pay the City of Chicago as a secured creditor at 100% of its claim;

2. Modify the plan in order to defer the payment default until the end of the plan;

3. Grant such other relief as this Honorable Court deems equitable and proper.

RESPECTFULLY SUBMITTED:

*s/ John Haderlein, Esq.*

.........................................................
John Haderlein, Esq.
Attorney for Debtor

LAW OFFICES OF JOHN HADERLEIN, ESQ.
A CHAPTER 7/13 BANKRUPTCY DEBT RELIEF AGENCY
815-C COUNTRY CLUB DRIVE
LIBERTYVILLE, IL 60048
(312) 316-4614 (voice/text)
(224) 433-6466 (facsimile)
ARDC NO: 6197623
EMAIL: john@bklaw1.com

2

EXHIBIT A

Fill in this information to identify the case:

Debtor 1    Jason Scott Howard

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern District of Illinois

Case number  17-25141

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | City of Chicago Department of Finance<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes.  From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Department of Finance c/o Arnold Scott Harris
   Name

   111 W. Jackson Ste 600
   Number      Street

   Chicago                    IL          60604
   City                        State       ZIP Code

   Contact phone (312)423-7438

   Contact email oolan@harriscollect.com

   Where should payments to the creditor be sent? (if different)

   Department of Finance c/o Arnold Scott Harris
   Name

   111 W. Jackson Ste 600
   Number      Street

   Chicago                    IL          60604
   City                        State       ZIP Code

   Contact phone (312)423-7438

   Contact email oolan@harriscollect.com

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| 6. Do you have any number you use to identify the debtor? | ☐ No ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 7 0 0 |
|---|---|

**7. How much is the claim?** $ _____17,110.80. **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Parking Tickets

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☑ Motor vehicle
☐ Other. Describe:   Vehicle possessory lien

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ _____
Amount of the claim that is secured:   $ _____17,110.80

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:* |

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.** FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date   08/23/2017
                   MM / DD / YYYY

*Signature*    Daphyne Hill

**Print the name of the person who is completing and signing this claim:**

| Name | Daphyne | | Hill |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Legal Adminstrator | | |
| Company | Arnold Scott Harris P.C | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 111 W. Jackson Ste 600 | | |
| | Number        Street | | |
| | Chicago | IL | 60604 |
| | City | State | ZIP Code |
| Contact phone | (312)423-7438 | Email | oolan@harriscollect.com |

## Notice - Plate Summary

### Identity

| | | | |
|---|---|---|---|
| Notice: | 5204244480 | Owner: | HOWARD, JASON S. |
| Last Noticed: | 08-24-2017 | Total Due: | $1,000.00 |

### Plate Summary

| License | | | | Ticket Counts | | Amounts Due | | |
|---|---|---|---|---|---|---|---|---|
| **Plate** | **ST** | **Type** | **Total** | **Outstanding** | **Tickets** | **Seizure** | **Total** | |
| ○ AH70655 | IL | PAS | 4 | 4 | $1,000.00 | $0.00 | $1,000.00 | |

plate detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

## Notice - Ticket Summary

### Identity

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Notice: | 5204244480 | | | | | Owner: | HOWARD, JASON S. | | |
| Last Noticed: | 08-24-2017 | | | | | Total Due: | $1,000.00 | | |

| | Plate Number | Ticket Number | Issued Date | Pymt Plan | Ticket Queue | Notice Level | Next Upgrade Date | Last Noticed Date | Last Pay Date | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | AH70655 | 7007222786 | 02-28-17 | False | Bankruptcy | FINL | | 08-24-17 | | $200.00 |
| ○ | AH70655 | 0066932931 | 03-11-17 | False | Bankruptcy | FINL | | 08-24-17 | | $400.00 |
| ○ | AH70655 | 0067895839 | 05-14-17 | False | Bankruptcy | DETR | 08-21-17 | 08-24-17 | | $200.00 |
| ○ | AH70655 | 0067894176 | 05-17-17 | False | Bankruptcy | DETR | 08-21-17 | 08-24-17 | | $200.00 |

ticket detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

## Notice - Plate Summary

### Identity

| | | | |
|---|---|---|---|
| Notice: | 5048885520 | Owner: | HOWARD, JASON S. |
| Last Noticed: | 08-11-2017 | Total Due: | $14,392.40 |

### Fee Summary

| Fee Type | Reference Number | Create Date | Fee Amount | Current Amount Due | Type of Suspension / Plan Type |
|---|---|---|---|---|---|
| DLS-CERT | 2453820 | 07-17-2011 | $20.00 | $0.00 | Parking |
| DLS-CERT | 2554387 | 04-03-2016 | $20.00 | $0.00 | Default Parking |
| DLS-CERT | 2570242 | 01-01-2017 | $20.00 | $0.00 | Parking |
| DLS-CERT | 2576703 | 04-16-2017 | $20.00 | $20.00 | Default Parking |

### Plate Summary

| License | | | | Ticket Counts | | Amounts Due | | |
|---|---|---|---|---|---|---|---|---|
| Plate | ST | Type | Total | Outstanding | Tickets | Seizure | Total |
| ○ P346233 | IL | PAS | 22 | 22 | $7,137.00 | $0.00 | $7,137.00 |
| ○ Q332729 | IL | PAS | 4 | 4 | $871.00 | $0.00 | $871.00 |
| ○ Y769261 | IL | PAS | 7 | 7 | $1,390.80 | $0.00 | $1,390.80 |

« 1 2                                                                plate detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

## Notice - Plate Summary

### Identity

| | | | |
|---|---|---|---|
| Notice: | 5048885520 | Owner: | HOWARD, JASON S. |
| Last Noticed: | 08-11-2017 | Total Due: | $14,392.40 |

### Fee Summary

| Fee Type | Reference Number | Create Date | Fee Amount | Current Amount Due | Type of Suspension / Plan Type |
|---|---|---|---|---|---|
| DLS-CERT | 2453820 | 07-17-2011 | $20.00 | $0.00 | Parking |
| DLS-CERT | 2554387 | 04-03-2016 | $20.00 | $0.00 | Default Parking |
| DLS-CERT | 2570242 | 01-01-2017 | $20.00 | $0.00 | Parking |
| DLS-CERT | 2576703 | 04-16-2017 | $20.00 | $20.00 | Default Parking |

### Plate Summary

| | License | | | Ticket Counts | | Amounts Due | | |
|---|---|---|---|---|---|---|---|---|
| | Plate | ST | Type | Total | Outstanding | Tickets | Seizure | Total |
| ○ | 125L077 | IL | TMP | 5 | 5 | $902.80 | $0.00 | $902.80 |
| ○ | 186K749 | IL | TMP | 2 | 2 | $305.00 | $0.00 | $305.00 |
| ○ | 471D948 | IL | TMP | 7 | 7 | $750.00 | $0.00 | $750.00 |
| ○ | 5760506 | IL | PAS | 2 | 1 | $100.00 | $0.00 | $100.00 |
| ○ | 660J627 | IL | TMP | 2 | 2 | $366.00 | $0.00 | $366.00 |
| ○ | 739N940 | IL | TMP | 3 | 3 | $756.40 | $0.00 | $756.40 |
| ○ | 859RNC | MN | PAS | 1 | 1 | $244.00 | $0.00 | $244.00 |
| ○ | 993L301 | IL | TMP | 2 | 2 | $366.00 | $0.00 | $366.00 |
| ○ | E279274 | IL | PAS | 2 | 2 | $646.60 | $0.00 | $646.60 |
| ○ | K108563 | IL | PAS | 2 | 2 | $536.80 | $0.00 | $536.80 |

1 2 ≫                                                                 plate detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

## Notice - Ticket Summary

### Identity

| Notice: | 5048885520 | | Owner: | HOWARD, JASON S. |
|---|---|---|---|---|
| Last Noticed: | 08-11-2017 | | Total Due: | $14,392.40 |

| | Plate Number | Ticket Number | Issued Date | Pymt Plan | Ticket Queue | Notice Level | Next Upgrade Date | Last Noticed Date | Last Pay Date | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 125L077 | 0057621148 | 11-28-09 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 125L077 | 0057814914 | 12-31-09 | False | Bankruptcy | DLS | | 08-11-17 | | $244.00 |
| ○ | 125L077 | 0057814916 | 12-31-09 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 125L077 | 0057844701 | 01-02-10 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 125L077 | 0057844702 | 01-02-10 | False | Bankruptcy | DLS | | 08-11-17 | | $292.80 |
| ○ | 186K749 | 0057622125 | 03-18-10 | False | Bankruptcy | DLS | | 08-11-17 | | $183.00 |
| ○ | 186K749 | 9179305327 | 04-16-10 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 471D948 | 9055746538 | 10-14-04 | False | Bankruptcy | DLS | | 08-11-17 | 06-30-09 | $50.00 |
| ○ | 471D948 | 0046505179 | 10-24-04 | False | Bankruptcy | DLS | | 08-11-17 | | $50.00 |
| ○ | 471D948 | 0046505178 | 10-24-04 | False | Bankruptcy | DLS | | 08-11-17 | | $200.00 |
| ○ | 471D948 | 0046699911 | 11-18-04 | False | Bankruptcy | DLS | | 08-11-17 | | $100.00 |
| ○ | 471D948 | 0046561521 | 11-18-04 | False | Bankruptcy | DLS | | 08-11-17 | | $100.00 |
| ○ | 471D948 | 0046357688 | 11-26-04 | False | Bankruptcy | DLS | | 08-11-17 | | $150.00 |
| ○ | 471D948 | 0046644515 | 12-24-04 | False | Bankruptcy | DLS | | 08-11-17 | | $100.00 |
| ○ | 5760506 | 0044117492 | 01-28-04 | False | Paid | SEIZ | | 05-14-09 | 06-30-09 | $0.00 |
| ○ | 5760506 | 0047476886 | 03-30-05 | False | Bankruptcy | DLS | | 08-11-17 | | $100.00 |
| ○ | 660J627 | 0054344407 | 03-27-08 | False | Bankruptcy | DLS | | 08-11-17 | | $244.00 |
| ○ | 660J627 | 9071980787 | 04-03-08 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 739N940 | 9183056419 | 10-19-12 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 739N940 | 0061317808 | 10-31-12 | False | Bankruptcy | DLS | | 08-11-17 | | $146.40 |
| ○ | 739N940 | 0061317809 | 10-31-12 | False | Bankruptcy | DLS | | 08-11-17 | | $488.00 |
| ○ | 859RNC | 7006625776 | 04-02-16 | False | Bankruptcy | SEIZ | | 08-11-17 | | $244.00 |
| ○ | 993L301 | 9181236704 | 09-06-11 | False | Bankruptcy | DLS | | 08-11-17 | | $122.00 |
| ○ | 993L301 | 7003773672 | 12-09-11 | False | Bankruptcy | DLS | | 08-11-17 | | $244.00 |
| ○ | E279274 | 0065761807 | 04-25-15 | False | Bankruptcy | DLS | | 08-11-17 | | $488.00 |
| ○ | E279274 | 9189147051 | 07-24-15 | False | Bankruptcy | DLS | | 08-11-17 | | $158.60 |
| ○ | K108563 | 7002732501 | 06-14-10 | False | Bankruptcy | DLS | | 08-11-17 | | $244.00 |
| ○ | K108563 | 0058725936 | 10-28-10 | False | Bankruptcy | DLS | | 08-11-17 | | $292.80 |
| ○ | P346233 | 0061320535 | 12-06-12 | False | Bankruptcy | DLS | | 08-11-17 | | $61.00 |
| ○ | P346233 | 0061320633 | 12-06-12 | False | Bankruptcy | DLS | | 08-11-17 | | $488.00 |
| ○ | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P346233 | 0062585644 | 01-16-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 9183259820 | 01-30-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 9183547483 | 03-13-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062811032 | 03-17-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062811053 | 03-22-13 | False Bankruptcy DLS | 08-11-17 | $146.40 |
| ○ P346233 | 0062811054 | 03-22-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062811056 | 03-24-13 | False Bankruptcy DLS | 08-11-17 | $146.40 |
| ○ P346233 | 0062811057 | 03-24-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 7004615617 | 03-27-13 | False Bankruptcy DLS | 08-11-17 | $244.00 |
| ○ P346233 | 0062810401 | 03-28-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062810402 | 03-28-13 | False Bankruptcy DLS | 08-11-17 | $146.40 |
| ○ P346233 | 0062810407 | 04-26-13 | False Bankruptcy DLS | 08-11-17 | $146.40 |
| ○ P346233 | 0062810408 | 04-26-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062817563 | 05-23-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062819952 | 06-04-13 | False Bankruptcy DLS | 08-11-17 | $146.40 |
| ○ P346233 | 0062819953 | 06-04-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0061623205 | 06-19-13 | False Bankruptcy DLS | 08-11-17 | $61.00 |
| ○ P346233 | 0061623204 | 06-19-13 | False Bankruptcy DLS | 08-11-17 | $488.00 |
| ○ P346233 | 0062813907 | 08-04-13 | False Bankruptcy DLS | 08-11-17 | $61.00 |
| ○ P346233 | 0063304058 | 08-07-13 | False Bankruptcy DLS | 08-11-17 | $122.00 |
| ○ Q332729 | 7006953468 | 09-19-16 | False Bankruptcy SEIZ | 08-11-17 | $244.00 |
| ○ Q332729 | 9190786996 | 09-27-16 | False Bankruptcy SEIZ | 08-11-17 | $183.00 |
| ○ Q332729 | 7007055700 | 11-11-16 | False Bankruptcy SEIZ | 08-11-17 | $244.00 |
| ○ Q332729 | 0067584862 | 11-22-16 | False Bankruptcy SEIZ | 08-11-17 | $200.00 |
| ○ Y769261 | 6043312372 | 09-16-15 | False Warning | 04-08-16 | $0.00 |
| ○ Y769261 | 0066378648 | 10-25-15 | False Bankruptcy DLS | 08-11-17 | $366.00 |
| ○ Y769261 | 6043473294 | 10-26-15 | False Bankruptcy DLS | 08-11-17 | $244.00 |
| ○ Y769261 | 6043513842 | 11-07-15 | False Bankruptcy DLS | 08-11-17 | $244.00 |
| ○ Y769261 | 7006509837 | 01-08-16 | False Bankruptcy SEIZ | 08-11-17 | $244.00 |
| ○ Y769261 | 0064678881 | 01-31-16 | False Bankruptcy SEIZ | 08-11-17 | $146.40 |
| ○ Y769261 | 0066755789 | 03-01-16 | False Bankruptcy SEIZ | 08-11-17 | $146.40 |

ticket detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

## Notice - Plate Summary

### Identity

| | | | |
|---|---|---|---|
| Notice: | 5198529700 | Owner: | HOWARD, JASON S. |
| Last Noticed: | 09-23-2016 | Total Due: | $1,718.40 |

### Plate Summary

| License | | | | Ticket Counts | | Amounts Due | |
|---|---|---|---|---|---|---|---|
| Plate | ST | Type | Total | Outstanding | Tickets | Seizure | Total |
| ○ Z398434 | IL | PAS | 3 | 3 | $268.40 | $1,450.00 | $1,718.40 |

plate detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

## Notice - Ticket Summary

### Identity

| | | | | |
|---|---|---|---|---|
| Notice: | 5198529700 | | Owner: | HOWARD, JASON S. |
| Last Noticed: | 09-23-2016 | | Total Due: | $1,718.40 |

| | Plate Number | Ticket Number | Issued Date | Pymt Plan | Ticket Queue | Notice Level | Next Upgrade Date | Last Noticed Date | Last Pay Date | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| ◯ | Z398434 | 0067033701 | 04-05-16 | False | Bankruptcy | SEIZ | | 09-23-16 | | $61.00 |
| ◯ | Z398434 | 0066964554 | 05-12-16 | False | Bankruptcy | SEIZ | | 09-23-16 | | $61.00 |
| ◯ | Z398434 | 0066964555 | 05-12-16 | False | Bankruptcy | SEIZ | | 09-23-16 | | $146.40 |

ticket detail | reset

All contents © 2002-2003 City of Chicago. All Rights Reserved.

EXHIBIT B

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JASON SCOTT HOWARD** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number   **17-25141**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | | | |
| Occupation may include student or homemaker, if it applies. | **Occupation** | _____ | _____ |
| | **Employer's name** | _____ | _____ |
| | **Employer's address** | _____ | _____ |
| | | Number   Street | Number   Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | City   State   ZIP Code | City   State   ZIP Code |
| | **How long employed there?** | _____ | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $_____ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | +$_____ | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $_____ | $_____ |

Debtor 1  **JASON SCOTT HOWARD**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) __17-25141__

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here..................................................................→ 4.    $ _____    $ _____

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ _____ | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ _____ | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ _____ | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ _____ | $ _____ |
| 5e. Insurance | 5e. | $ _____ | $ _____ |
| 5f. Domestic support obligations | 5f. | $ _____ | $ _____ |
| 5g. Union dues | 5g. | $ _____ | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ _____ | + $ _____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ _____   $ _____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ _____   $ _____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ _____   $ _____

8b. **Interest and dividends**   8b.   $ _____   $ _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ _____   $ _____

8d. **Unemployment compensation**   8d.   $ _____   $ _____

8e. **Social Security**   8e.   $ __738.00__   $ _____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: **FOOD STAMPS**   8f.   $ __129.00__   $ _____

8g. **Pension or retirement income**   8g.   $ _____   $ _____

8h. **Other monthly income. Specify: FAMILY SUPPORT**   8h.   + $ __320.00__   + $ _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ _____   $ _____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ __1,187.00__ + $ __1,187.00__ = $ 1,187.00

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: **FOOD STAMPS**   11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $ __1,187.00__
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JASON SCOTT HOWARD | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number  17-25141
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and      ☐ Yes. Fill out this information for
   Debtor 2.                          each dependent..........................

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 550.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $ _____ |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ _____ |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ _____ |
| 4d.  Homeowner's association or condominium dues | 4d. | $ _____ |

Debtor 1    JASON SCOTT HOWARD _____    Case number (if known) 17-25141
            First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $_____ |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $_____ |
| 6b.   Water, sewer, garbage collection | 6b. | $_____ |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ |
| 6d.   Other. Specify: _____ | 6d. | $_____ |
| 7. **Food and housekeeping supplies** | 7. | $        215.00 |
| 8. **Childcare and children's education costs** | 8. | $_____ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____ |
| 10. **Personal care products and services** | 10. | $_____ |
| 11. **Medical and dental expenses** | 11. | $_____ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ |
| 14. **Charitable contributions and religious donations** | 14. | $_____ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $_____ |
| 15b.   Health insurance | 15b. | $_____ |
| 15c.   Vehicle insurance | 15c. | $_____ |
| 15d.   Other insurance. Specify:_____ | 15d. | $_____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $_____ |
| 17b.   Car payments for Vehicle 2 | 17b. | $_____ |
| 17c.   Other. Specify:_____ | 17c. | $_____ |
| 17d.   Other. Specify:_____ | 17d. | $_____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $_____ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a.   Mortgages on other property | 20a. | $_____ |
| 20b.   Real estate taxes | 20b. | $_____ |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e.   Homeowner's association or condominium dues | 20e. | $_____ |

Debtor 1    JASON SCOTT HOWARD _____        Case number (if known) 17-25141 _____
            First Name    Middle Name    Last Name

21.   **Other**. Specify: _____        21.   +$ _____

22.   **Calculate your monthly expenses.**

      22a. Add lines 4 through 21.        22a.   $ _____ 767.00

      22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b.   $ _____

      22c. Add line 22a and 22b. The result is your monthly expenses.        22c.   $ _____ 767.00

23.   **Calculate your monthly net income.**

      23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.        23a.   $ _____ 1,187.00

      23b.   Copy your monthly expenses from line 22c above.        23b.   – $ _____ 767.00

      23c.   Subtract your monthly expenses from your monthly income.
             The result is your *monthly net income.*        23c.   $ _____ 420.00

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

      For example, do you expect to finish paying for your car loan within the year or do you expect your
      mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

      ☑ No.
      ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| Debtor 1 | JASON SCOTT HOWARD | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number  17-25141
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____          ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date  12/29/2017                                   Date _____
     MM / DD / YYYY                                      MM / DD / YYYY