# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Jacqueline P. Cox

**Hearing Date:** January 22, 2018

**Bankruptcy Case No.:** 17 B 25141

**Adversary No.:**

**Title of Case:** Jason Howard Scott

**Brief Statement of Motion:** Rule to Show Cause

**Names and Addresses of moving counsel:**

**Representing:**

# ORDER

**IT IS HEREBY ORDERED** that the City of Chicago, Arnold Scott Harris, PC, is ordered to appear before this Court on February 26, 2018 at 11:00 a.m., 219 S. Dearborn Street, Courtroom 680, Chicago, IL 60604, to show cause why the City of Chicago should not be sanctioned for failure to release the debtor's vehicle, as required by Thompson v. GMAC, 566 F. 3d 699 (7th Cir. 2009).

*/s/ Jacqueline P. Cox*
*J. Cox*

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99