UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re Jason Howard Scott,

Debtor.

Bankr. No. 17-25141

Chapter 13

Judge Jacqueline Cox

**Order Imposing Sanctions on Rule to Show Cause**

As explained in this Court's Memorandum Opinion dated April 16, 2018, the City of Chicago is fined $50.00 a day for violating the automatic stay.

Dated: April 16, 2018

ENTERED:

_/s/ Jacqueline P. Cox_

Jacqueline P. Cox
United States Bankruptcy Judge