# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| IN RE: | HON. JACQUELINE P. COX |
| **JASON SCOTT HOWARD**, | CASE NO. 17-BK-25141 |
| DEBTOR. | EASTERN DIVISION |

## NOTICE OF APPEAL

The City of Chicago (the "***City***"), by and through its undersigned counsel, appeals under 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001, from the Order entered on April 16, 2018, by the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the Northern District of Illinois, imposing sanctions on its *sua sponte* rule to show cause against the City for $50 per day for purportedly violating of the automatic stay (the "***Order***") [Dkt. No. 65], and the supporting opinion [Dkt. No. 63].

The names of the parties to the Order and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| Party | Counsel |
|---|---|
| The City of Chicago, Appellant. | David Paul Holtkamp (6298815) Senior Counsel City of Chicago, Department of Law 121 N. LaSalle St., Ste. 400 Chicago, Illinois 60602 p. 312.744.6967 e. David.Holtkamp2@cityofchicago.org  Charles A. King Assistant Corporation Counsel 121 N. LaSalle St., Ste. 400 Chicago, Illinois 60602 p. 312.742.0019 e. Chuck.King@cityofchicago.org |
| Jason Scott Howard, Appellee. | John Haderlein Law offices of John Haderlein, Esq. Libertyville Office & Mailing Address 815-C Country Club Drive Libertyville, IL 60048 312-316-4614 Schmada@yahoo.com |
| Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 312 294-5900. | Mark Wheeler Office of the Trustee Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 312 294-5900 MWheeler@tvch13.net |

Dated: April 16, 2018                        Respectfully Submitted,

                                          **The City of Chicago**

                                          Edward Siskel
                                          Corporation Counsel

                                          By: /s/ David Paul Holtkamp
                                          Sr. Assistant Corp. Counsel

David P. Holtkamp (6298815)
Senior Assistant Corporation Counsel
**City of Chicago, Department of Law**
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel:    (312) 744-6967
Email:  David.Holtkamp2@cityofchicago.org

## CERTIFICATE OF SERVICE

      I, David Paul Holtkamp, an attorney, hereby certify that on April 16, 2018, I caused a copy of the attached Notice of Appeal to be served via the court's electronic noticing system for Registrants on those designated to receive such service as provided on the attached Service List.

                                                     /s/ David Paul Holtkamp

## SERVICE LIST

**Registrants**
(Via CM/ECF)

John A Haderlein on behalf of Debtor 1 Jason Scott Howard
schmada@yahoo.com

David Paul Holtkamp on behalf of Creditor City of Chicago, an Illinois Municipal Corporation
David.Holtkamp2@cityofchicago.org

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn
ecf@tvch13.net, ecfchi@gmail.com